FILED
CHARLOTTE, NC

JUL 18 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Docket No. 3:19-cr- 209 |
| v. | **BILL OF INDICTMENT** |
| LADARRIUS JAVAR BURRIS | Violations:<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(c)<br>21 U.S.C. § 841<br>21 U.S.C. § 846<br>21 U.S.C. § 851 |

## THE GRAND JURY CHARGES:

### COUNT ONE
### (Conspiracy to Distribute and to Possess with Intent to Distribute Crack Cocaine)

From in or about 2017 to on or about July 15, 2019, in Gaston County, within the Western District of North Carolina, and elsewhere, the Defendant,

### LADARRIUS JAVAR BURRIS,

did knowingly and intentionally conspire and agree with other persons, known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Quantity of Controlled Substances Involved in Count One

It is further alleged that, with respect to the offense charged in Count One, two hundred and eighty (280) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by Defendant LADARRIUS JAVAR BURRIS, so Title 21, United States Code, Section 841(b)(1)(A) is applicable to him.

### COUNT TWO
### (Possession with Intent to Distribute Crack Cocaine)

On or about July 15, 2019, in Gaston County, within the Western District of North Carolina, and elsewhere, the Defendant,

*1 of 3*

**LADARRIUS JAVAR BURRIS,**

did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, commonly called "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
### (Possession of Firearm in Furtherance of Drug Trafficking)

On or about July 15, 2019, in Gaston County, within the Western District of North Carolina, and elsewhere, the Defendant,

**LADARRIUS JAVAR BURRIS,**

did knowingly possess in furtherance of a drug trafficking crime, that is, possession with intent to distribute a controlled substance, a violation of Title 21, United States Code, Section 841, as charged in Count Two, for which he may be prosecuted in a court of the United States, one or more firearms, all in violation of Title 18, United States Code, Section 924(c).

## COUNT FOUR
### (Possession of Firearm by Convicted Felon)

On or about July 15, 2019, in Gaston County, within the Western District of North Carolina, and elsewhere, the Defendant,

**LADARRIUS JAVAR BURRIS,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, one or more firearms, that is, one 9mm Taurus handgun, all in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations;

c. All firearms or ammunition involved or used in such violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), and (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

- A forfeiture money judgment in the amount of at least $8,000, such amount constituting the proceeds of the violations set forth in this bill of indictment; and

- Approximately $746 in U.S. currency, one handgun (that is, one 9mm Taurus Handgun) and ammunition, seized on July 15, 2019, during the investigation.

A TRUE BILL:

FOREPERSON

R. ANDREW MURRAY
UNITED STATES ATTORNEY

STEVEN R. KAUFMAN
ASSISTANT UNITED STATES ATTORNEY