# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:19-cr-209-MOC-DCK-1

| | | |
|---|---|---|
| | ) | |
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| **LADARRIUS JAVAR BURRIS**, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's Pro Se Motion to Reduce Sentence

Pursuant to USSC Amendment 821. (Doc. No. 76).

## ORDER

**IT IS ORDERED** that within 30 days the Government shall file a response to Defendant's

motion.

Max O. Cogburn Jr.
United States District Judge